UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25 cr 021 |
| Plaintiff, | : | INDICTMENT |
| v. | : | 21 U.S.C. § 846 |
| | : | 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| JEFFERY L. DEMMINGS, | : | 18 U.S.C. § 922(g)(1) & 924(a)(8) |
| Defendant. | : | FORFEITURE |

FILED
RICHARD W. NAGEL
CLERK OF COURT
MAR 11 2025 2:35 P
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-DAYTON

MICHAEL J. NEWMAN

**THE GRAND JURY CHARGES:**

## COUNT ONE

**[Conspiracy to Possess with Intent to Distribute Controlled Substances]**

Between a beginning date unknown, but at least by in or around March 4, 2024, and continuing up to and including on or about March 6, 2024, in the Southern District of Ohio, and elsewhere, Defendant **JEFFERY L. DEMMINGS,** and others known and unknown to the Grand Jury, knowingly and intentionally conspired to possess with intent to distribute and to distribute controlled substances – namely: a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance -- in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

### [Possession with Intent to Distribute Controlled Substances]

On or about March 6, 2024, in the Southern District of Ohio, defendant **JEFFERY L. DEMMINGS**, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C).

## COUNT THREE

### [Felon in Possession of a Firearm]

On or about March 6, 2024, in the Southern District of Ohio, defendant **JEFFERY L. DEMMINGS**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and this firearm was in and affecting commerce, and had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION ONE

Upon conviction of one or more of the offenses set forth in Counts One and Two of this Indictment, defendant **JEFFERY L. DEMMINGS** shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s) including, but not limited to, a Smith and Wesson M&P Shield, .45 caliber, semi-automatic handgun, serial number HDB4378, with magazines, and any attachments and ammunition.

## FORFEITURE ALLEGATION TWO

Upon conviction of one or more of the offenses set forth in this Indictment, defendant **JEFFERY L. DEMMINGS** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s) including, but not limited to, the firearm and ammunition listed in Forfeiture Allegation One.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL

FOREPERSON

KELLY A. NORRIS
Acting United States Attorney

ELIZABETH L. MCCORMICK
Assistant United States Attorney