UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEFFERY L. DEMMINGS,

    Defendant.

Case No. 3:25-cr-21

District Judge Michael J. Newman

_____

**SCHEDULING ORDER**
_____

This criminal case is before the Court following Defendant's indictment on March 11, 2025 and initial appearance on March 19, 2025.  The parties have filed a joint proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **May 28, 2025**.[1]  Doc. No. 12.  The Court sets the following schedule in this case:

| | |
|---|---|
| Discovery deadline: | **March 28, 2025** |
| Substantive motions deadline: | **April 18, 2025** |
| Status report deadline: | **May 13, 2025** |
| Jury trial: | **May 27, 2025** |

The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

**IT IS SO ORDERED.**

March 21, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall contact the Court with their Speedy Trial Act calculation and deadline.